1048

No. 75–567.  OREGON EX REL. STATE LAND BOARD *v.* CORVALLIS SAND & GRAVEL CO.; and

No. 75–577.  CORVALLIS SAND & GRAVEL CO. *v.* OREGON EX REL. STATE LAND BOARD.  Sup. Ct. Ore.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 272 Ore. 545, 536 P. 2d 517; 272 Ore. 550, 538 P. 2d 70.

No. 75–67.  UNITED STATES *v.* ROBBINS.  C. A. 6th Cir.  Certiorari denied.

No. 75–125.  GETTY *v.* KENTUCKY BAR ASSN.  Ct. App. Ky.  Certiorari denied.

No. 75–264.  HOGERVORST *v.* NEW MEXICO.  Sup. Ct. N. M.  Certiorari denied.

No. 75–340.  BRODERICK ET AL. *v.* DIGRAZIA, BOSTON POLICE COMMISSIONER.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 75–360.  MARSHALL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–421.  FRED IMBERT, INC. *v.* COMPAGNIE GENERALE TRANSATLANTIQUE.  C. A. 1st Cir.  Certiorari denied.

No. 75–422.  INTERNATIONAL ENGINEERING CO., A DIVISION OF A-T-O, INC. *v.* RUMSFELD, SECRETARY OF DEFENSE, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 75–431.  GOSNELL ET AL. *v.* HOLSON ET AL.  Sup. Ct. S. C.  Certiorari denied.